UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

*In re:*

Chapter 7
Case No. 12-35541-HRT

GERARDO GONALEZ aka Meir Zvolon aka Vince L. Chai aka Eddie Dou dba Ridge Group aka John Franklin dba Rancho Enterprises dba Team Oak dba Capital Ventures aka Marie Garcia aka Richard Newton aka Alina Savadian aka Steven Goshgarian aka Jennifer Gamboa aka Behrang Rabi dba Ameriprise Solution dba Sunset Ventures aka Amelia Canton aka Alexander C. Porter aka Valarie Coleman aka John Rivers aka John Stewer aka Alfredo Ramos, **Debtor**,

GREENTREE SERVICING, LLC, and ASTORIA FEDERAL SAVINGS & LOAN ASSOCIATION, and WELLS FARGO BANK, N.A., and WELLS FARGO BANK, N.A., AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE HARBORVIEW MORTGAGE LOAN TRUST MORTGAGE LOAN PASS-THROUGH CERTIFICATES, SERIES 2006-12, and JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, and HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR MORTGAGEIT SECURITIES CORP. MORTGAGE LOAN TRUST, SERIES 2007-2, MORTGAGE PASS-THROUGH CERTIFICATES, and WELLS FARGO BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II INC., GREENPOINT MORTGAGE FUNDING TRUST 2006-AR3, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR3, and U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CITIGROUP MORTGAGE LOAN TRUST, INC., MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-WF2, and BANK OF AMERICA, N.A., and THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK, SUCCESSOR IN INTEREST TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II INC., BEAR STEARNS ALT-A TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-5, and WILMINGTON TRUST, NATIONAL ASSOCIATION, AS SUCCESSOR TRUSTEE TO CITIBANK, N.A., AS TRUSTEE FOR STRUCTURED ASSET SECURITIES CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-10, and HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR WELLS FARGO ASSET SECURITIES CORPORATION, MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES SERIES 2007-PA6, and HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR WELLS FARGO ASSET SECURITIES CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-AR14, **Creditors**,

## RESPONSE TO SHOW CAUSE WHY INVOLUNTARY
## PETITION SHOULD NOT BE DISMISSED

COMES NOW, Creditors, Greentree Servicing, LLC, and Astoria Federal Savings & Loan Association, and Wells Fargo Bank, N.A., and Wells Fargo Bank, N.A., as Trustee, on behalf of the Holders of the Harborview Mortgage Loan Trust Mortgage Loan Pass-through Certificates, Series 2006-12, and JPMorgan Chase Bank, National Association, and HSBC Bank

USA, National Association as Trustee for MortgageIt Securities Corp. Mortgage Loan Trust, Series 2007-2, Mortgage Pass-through Certificates, and Wells Fargo Bank, National Association as Trustee for Structured Asset Mortgage Investments II Inc., Greenpoint Mortgage Funding Trust 2006-AR3, Mortgage Pass-through Certificates, Series 2006-AR3, and U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust, Inc., Mortgage Pass-through Certificates, Series 2006-WF2, and Bank of America, N.A., and the Bank of New York Mellon, f/k/a the Bank of New York, Successor in Interest to JPMorgan Chase Bank, N.A., as Trustee for Structured Asset Mortgage Investments II Inc., Bear Stearns Alt-A Trust, Mortgage Pass-through Certificates, Series 2005-5, and Wilmington Trust, National Association, as Successor Trustee to Citibank, N.A., as Trustee for Structured Asset Securities Corporation, Mortgage Pass-through Certificates, Series 2005-10, and HSBC Bank USA, National Association as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Asset-backed Pass-through Certificates Series 2007-PA6, and HSBC Bank USA, National Association as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-through Certificates Series 2006-AR14, (collectively "Creditors") by and through their attorneys, Aronowitz & Mecklenburg, LLP for their Response to Show Cause Why Involuntary Petition Should Not Be Dismissed, and in support thereto states as follows:

1.     Creditors each have promissory notes secured by deeds of trust encumbering various properties owned by a number of different individuals.

2.     In each case, those different individuals have voluntarily filed for bankruptcy, and thereby received the benefits of the automatic stay.

3.     At some point, these various individuals conveyed an interest in their respective real properties to another party who was about to file bankruptcy and/or transferred an interest in the real property to a legal entity which was subsequently named as an alias to multiple individuals filing bankruptcy.  Many of these bankruptcies are dismissed shortly after being filed, and then almost immediately, another bankruptcy is filed.

4.     This crafty scheme designed to delay the exercise of rights by Creditors has resulted in delaying the exercise of state court remedies for months, and even years.  Since each time the bankruptcy is filed in the name of a different individual, relief from stay or a lack of the imposition of the automatic stay regarding repeat filers is avoided.  As such, each successive bankruptcy filed affords protection from foreclosure on the various properties involved where the loans are in default.

5.     Green Tree Servicing, LLC, filed its Motion for In Rem Relief From Stay asserting that this is the sixth bankruptcy in the past nine months in which real property owned by Yarom Limor has been protected from foreclosure by the automatic stay. Specifically, Yarom Limor executed deeds each conveying a one-eight interest in his property located in Beverly Hills, California to Prime Ventures, Exlon Enterprise and Sunset Ventures.  Below are the bankruptcy names and cases over the past nine months which have afforded stay protection preventing the foreclosure in California:

a.  *In re Yarom Limor*, United States Bankruptcy Court, Central District of California, Case No. 12-bk-25045-NB filed on April 30, 2012 and dismissed on May 18, 2012 for failure to file information.

b.  *In re Yarom Limor*, United States Bankruptcy Court, Central District of California, Case No. 12-bk-29647-VZ filed on June 5, 2012 and dismissed on June 26, 2012 for failure to file information.

c.  *In re Dawon Oldham*, doing business as Exlon Enterprise and Prime Ventures, United States Bankruptcy Court for the Central District of California, Case No. 12-bk-31733-BB filed on June 22, 2012 and dismissed on September 24, 2012 after it was converted to a chapter 7.

d.  *In re Michael Phat Gieng*, doing business as Prime Ventures, and Exlon Enterprise, United States Bankruptcy Court for the Central District of Western District of Washington, Case No. 12-19731-TWD filed on September 24, 2012 and dismissed on November 8, 2012.

e.  *In re Hugo Leonel Davilla*, doing business as Exlon Enterprise and Prime Ventures, United States Bankruptcy Court for the District of Utah, Case No. 12-35088 which was filed on November 30, 2012 and dismissed on December 11, 2012 because it was facially apparent to the court that the petition was improper and designed to abuse the bankruptcy system rather than a legitimate request for involuntary bankruptcy relief.

f.  *In re Gerardo Gonzalez*, doing business as Sunset Ventures, United States Bankruptcy Court for the District of Colorado, Case No. 12-35541-HRT.

6.  Astoria holds a promissory note secured by a deed of trust encumbering real property located in California and is preparing to file its Motion for In Rem Relief from the Automatic Stay as its enforcement has been stayed by virtue of the following bankruptcy actions for three years now:

a.  *In re White*, the individual borrowers filed a chapter 7 bankruptcy in the United States Bankruptcy Court for the Northern District of California, Case NO. 10-41079 on February 1, 2010.  The debtors received their discharge on May 11, 2010.

b.  *In re Gayton*, a voluntary chapter 7 in the United States Bankruptcy Court for the Central District of California, Case No. 10-bk-37705-VZ.  The debtor received his discharge on November 17, 2010.

c.  *In re Scott*, a voluntary chapter 11 case filed in the United States Bankruptcy Court for the Central District of California, Case No. 10-bk-22857-GM on October 12, 2010, and which was dismissed on December 28, 2011.

d. *In re Scott*, a second voluntary chapter 11 case was filed in the United States Bankruptcy Court for the Central District of California, Case No. 12-bk-12359-MT on March 13, 2012 and dismissed on June 21, 2012.

e. *In re Hugo Leonel Davilla*, doing business as Exlon Enterprise, an involuntary chapter 7 bankruptcy was filed in the United States Bankruptcy Court for the District of Utah, Case No. 12-35088 on November 30, 2012 and dismissed on December 11, 2012, after a finding that the petition was improper and designed to abuse the bankruptcy system.

f. *In re Gerardo Gonzalez*, doing business as Sunset Ventures, United States Bankruptcy Court for the District of Colorado, Case No. 12-35541-HRT was filed by means of an involuntary petition.

7. HSBC Bank USA, National Association as Trustee for MortgageIT Securities Corp. Mortgage Loan Trust, Series 2007-2, Mortgage Pass-Through Certificates holds a promissory note secured by a deed of trust encumbering real property located in California and is preparing to file its Motion for In Rem Relief from the Automatic Stay as this is the fifth bankruptcy action to stay the exercise of its rights in the property in the past eight months.   A list of the bankruptcies staying its rights with respect to the subject real property are as follows:

a. *In re Dawon Oldham*, doing business as Team Oak, United States Bankruptcy Court for the Central District of California, Case No. 12-bk-31733-BB filed on June 22, 2012 and dismissed on September 24, 2012 after it was converted to a chapter 7.

b. *In re Maria Martinez*, the individual borrower, United States Bankruptcy Court for the Central District of California, Case No. 12-bk-36382-VZ on August 1, 2012 and dismissed on August 23, 2012 for failure to file information.

c. *In re Peter Milton*, doing business as Team Oak, was in the United States Bankruptcy Court for the District of Nevada, Case No. 12-20434-lbr on September 12, 2012 as an involuntary bankruptcy, and dismissed on October 10, 2012.

d. *In re Michael Phat Gieng*, doing business as Team Oak, brought in the United States Bankruptcy Court for the Western District of Washington, Case No. 12-19731-TWD as an involuntary bankruptcy and filed on September 24, 2012. The action was dismissed on November 8, 2012.

e. *In re Gerardo Gonzalez*, doing business as Team Oak, United States Bankruptcy Court for the District of Colorado, Case No. 12-35541-HRT was filed by means of an involuntary petition.

8.      Undersigned counsel has been retained by several creditors whose rights have been stayed by repeat and multiple bankruptcy filings and is in the process of drafting those motions for *in rem* relief, which will be filed shortly if the Court allows this matter to remain open.

9.      Holding this bankruptcy action open will allow multiple creditors to seek *in rem* relief, and will break the cycle of bankruptcy abuse.  Dismissing this action will not only benefit the perpetrators of this scheme, but allow them to continue the cycle of abuse.

10.     Upon information and belief, and in light of the totality of the circumstances, additional creditors will be seeking relief from the automatic stay, and specifically, *in rem* relief in order to pursue state court remedies without interference from the almost certain subsequent imposition of the automatic stay, further abuse of the bankruptcy process and to avoid the attorneys' fees and costs incurred in response to this bankruptcy abuse scheme.

WHEREFORE, Creditors, Greentree Servicing, LLC, and Astoria Federal Savings & Loan Association, and Wells Fargo Bank, N.A., and Wells Fargo Bank, N.A., as Trustee, on behalf of the Holders of the Harborview Mortgage Loan Trust Mortgage Loan Pass-through Certificates, Series 2006-12, and JPMorgan Chase Bank, National Association, and HSBC Bank USA, National Association as Trustee for MortgageIt Securities Corp. Mortgage Loan Trust, Series 2007-2, Mortgage Pass-through Certificates, and Wells Fargo Bank, National Association as Trustee for Structured Asset Mortgage Investments II Inc., Greenpoint Mortgage Funding Trust 2006-AR3, Mortgage Pass-through Certificates, Series 2006-AR3, and U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust, Inc., Mortgage Pass-through Certificates, Series 2006-WF2, and Bank of America, N.A., and the Bank of New York Mellon, f/k/a the Bank of New York, Successor in Interest to JPMorgan Chase Bank, N.A., as Trustee for Structured Asset Mortgage Investments II Inc., Bear Stearns Alt-A Trust, Mortgage Pass-through Certificates, Series 2005-5, and Wilmington Trust, National Association, as Successor Trustee to Citibank, N.A., as Trustee for Structured Asset Securities Corporation, Mortgage Pass-through Certificates, Series 2005-10, and HSBC Bank USA, National Association as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Asset-backed Pass-through Certificates Series 2007-PA6, and HSBC Bank USA, National Association as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-through Certificates Series 2006-AR14, respectfully request that this Court delay the dismissal of this action to allow Creditors to obtain *in rem* relief from the automatic stay to mitigate the damages and delays caused to Creditors as part of the improper scheme, along with such other and further relief this Court deems proper.

DATED this 6th day of February, 2013.

Respectfully submitted,

ARONOWITZ & MECKLENBURG, LLP

Susan J. Hendrick, #33196
Aronowitz & Mecklenburg, LLP
1199 Bannock Street
Denver, Colorado 80204
(303) 813-1177
BK@amlawco.com

<u>**CERTIFICATE OF SERVICE**</u>

     I hereby certify that on this 6th day of February, 2013, a true and correct copy of the Response to Show Cause Why Involuntary Petition Should Not Be Dismissed was deposited into the United States mail, first-class, postage prepaid and addressed as follows:

The Castle Law Group, LLC
999 18th Street, Suite 2201
Denver, CO  80202
Attn:  Deanna L. Westfall, Esq.

James P. Eckels, Esq.
Bloom Murr & Accomazzo, P.C.
410 17th Street, Suite 2400
Denver, CO  80202

Sue Cole
1600 Broadway
Denver, CO 80202

Robert Thompson
6080 Center Drive, 6th Floor
Los Angeles, CA 90045

US Trustee
999 18th St., Ste. 1551
Denver, CO 80202

Gerardo Gonzalez
7250 Franklin Ave. Unit 901
Los Angeles, CA 90046

Pete Ballow
600 17th Street, 2800 South
Denver, CO 80202

Stefanie Jeffries