UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re<br><br>GERARDO GONZALEZ, a/k/a Meir Zvolon, Vince L. Chai, Eddie Dou, John Franklin, also known as Marie Garcia, Richard Newton, Alina Savadian, Steven Goshgarian, Jennifer Gamboa, Behrang Rabi, and d/b/a Ridge Group, Rancho Enterprises, Team Oak, Capital Ventures, Ameriprise Solution, Sunset Ventures,<br><br>Debtor. | Case No. 12-35541-HRT<br><br>Chapter 7 |

## NATIONSTAR MORTGAGE'S RESPONSE TO SHOW CAUSE ORDER

Creditor Nationstar Mortgage, LLC ("Nationstar"), by and through its undersigned counsel, Bloom Murr Accomazzo & Siler, PC, respectfully submits the following Response to the Court's Order to Show Cause:

1.      On December 19, 2012, this Chapter 7 proceeding was initiated by several petitioners, Pete Ballow, Sue Cole and Robert Thompson (the "Petitioning Creditors"). The Involuntary Petition (Docket No. 2) was filed and a Summons was issued by this Court (Docket No. 3).

2.      On January 23, 2013, this Court issued a Show Cause Order to the Petitioning Creditors, ordering that they show cause for not serving the Summons in a timely manner, failing which, this case would be dismissed for failure to prosecute.

3.      Several creditors including Nationstar have filed *In Rem* Motions for Relief from Automatic Stay in this case. *See*, *e.g.*, Doc. Nos. 6, 9, 24, and 28, the "Motions for Relief".

4.      The Motions for Relief allege a complex scheme by various borrowers including Nationstar's borrowers (collectively, the "Borrowers"), involving repeated unauthorized transfers of interests in secured properties through various shell entities, for the purpose of hindering and delaying creditors' ability to foreclose upon the properties. *See*, *e.g.*, Doc. No 9, paragraphs 1-18; Doc. No. 24 paragraph 17.

5.      The Borrowers have been successful in carrying out this scheme by filing at least 6 bankruptcy petitions in the past year (Doc No. 6, paragraph 31-34; Doc. No. 28, paragraph 6). An immediate dismissal in this case without first addressing the *In Rem* motions may serve to

perpetuate the delay, hindrance and defrauding of the secured creditors by further continued transfers of the properties and new bankruptcy petition(s).

6. Nationstar therefore respectfully requests this Court to rule on its Motion for *In Rem* Relief prior to dismissing this case for failure to prosecute, because, among other reasons:

   a. Material issues have been raised in the Motion for Relief;

   b. Nationstar would be unfairly prejudiced by the early dismissal of this proceeding without a ruling on its Motion for Relief; and

   c. Ruling on the *In Rem* Motion will allow the creditors relief from any perpetual scheme.

WHEREFORE, Nationstar Mortgage, LLC respectfully requests the Court to rule on its Motion for Relief prior to dismissing this proceeding, and for such additional relief as the Court deems proper.

DATED this 6th day of February, 2013.

*Original signature on file at the law offices of:*
BLOOM MURR ACCOMAZZO & SILER, PC

By: *s/ Jamie G. Siler*
Jamie G. Siler, #31284
James P. Eckels, #40858
410 17th Street, Suite 2400
Denver, Colorado 80202
Telephone: (303) 534-2277

*Attorneys for Defendant, Nationstar Mortgage, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of February, 2013, a true and correct copy of the foregoing **NATIONSTAR MORTGAGE RESPONSE TO SHOW CAUSE ORDER** was served via US Mail upon the following:

US Trustee
999 18th St., Ste. 1551
Denver, CO 80202

Gerardo Gonzalez
7250 Franklin Ave. Unit 901
Los Angeles, CA 90046

Susan Hendrick
Aronowitz & Mecklenburg, LLP
1199 Bannock Street
Denver, CO 80204

Sue Cole
1600 Broadway
Denver, CO 80202

Pete Ballow
600 17th Street., 2800 South
Denver, CO 80202

Robert Thompson
6080 Center Drive, 6th Floor
Los Angeles, CA 90045

Mark Whitehead
9 Ocean Ridge
Newport Coast, CA 92657

Diana L. Westfall
Allison L. Berry
Kimberly L. Martinez
Britney Beall-Elder
Cynthia Lowery-Graber
The Castle Law Group, LLC
999 18th Street, Suite 2201
Denver, CO 80202

*s/ Mark S. Adams*
Mark S. Adams, Legal Assistant