IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | Case No. 12-35541 HRT |
| GERARDO GONZALEZ ) | |
| ) | Chapter 7 |
| ) | *Involuntary* |
| Debtor. ) | |

### ORDER DISMISSING INVOLUNTARY CASE

THIS CASE came before the Court for evidentiary hearing on March 5, 2013, following the Court's issuance of an Order to Show Cause Why Involuntary Petition Should not be Dismissed (docket #21), and the Responses thereto filed by certain creditors (docket ## 34, 35, and 38). For the reasons stated on the record in open court, the Court finds that the Debtor's case should be dismissed. Accordingly, it is

HEREBY ORDERED that this involuntary case is DISMISSED.

Dated: April 15, 2013         BY THE COURT:

_____
Howard R. Tallman, Chief Judge
United States Bankruptcy Court